# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145942

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC:  145942
                                  COA:  310422
                                  Oakland CC:  2005-203497-FC

ROUMMEL JEROME INGRAM,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 15, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2013

_____
Clerk

s0327